UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT W. JOHNSON,<br><br>                      Plaintiff,<br><br>-against-<br><br>LINEBARGER, GOGGAN, BLAIR &SAMPSON LLP, et al.,<br><br>                      Defendants. | 19-CV-8662 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued November 12, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: November 12, 2019
          New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge